UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JERALD BOITNOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSPIRE BRANDS, INC. and ARBY'S RESTAURANT GROUP, INC.,<br><br>Defendants. | Case No. 0:19-cv-00701-ECT-SER |

**STIPULATION OF DISMISSAL**

Plaintiff Jerald Boitnott ("Plaintiff") and Defendants Inspire Brands, Inc. and Arby's Restaurant Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED, without prejudice as between Plaintiff and Defendants;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 13, 2019

CARLSON LYNCH, LLP

*/s/ R. Bruce Carlson*
R. Bruce Carlson, (*Pro Hac Vice*)
bcarlson@carlsonlynch.com
Kelly K. Iverson, (*Pro Hac Vice*)
kiverson@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243

THRONDSET MICHENFELDER
LAW OFFICE, LLC

Chad Throndset (MN#0261191X)
chad@throndsetlaw.com
Patrick W. Michenfelder (MN#024297X)
pat@throndsetlaw.com
One Central Avenue West, Suite 203
St. Michael, MN 55376
Tel: 763-515-6110
Fax: 763-226-2515

*Attorneys for Plaintiff*

Respectfully Submitted,

ALSTON & BIRD LLP

*/s/ Brett E. Coburn*
Brett E. Coburn (*pro hac vice*)
brett.coburn@alston.com
Charles H. Morgan (*pro hac vice*)
charlie.morgan@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

FORD & HARRISON LLP

Alec J. Beck (MN#201133)
abeck@fordharrison.com
150 South Fifth Street, Suite 3460
Minneapolis, Minnesota 55402
Tel: (612) 486-1629
Fax: (612) 486-1701

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on May 13, 2019.

*/s/ R. Bruce Carlson*