UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jerald Boitnott, individually and on behalf of all others similarly situated, | File No. 19-cv-0701 (ECT/SER) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Inspire Brands, Inc. and Arby's Restaurant Group, Inc., | |
| Defendants. | |

_____

Pursuant to the Stipulation of Dismissal without Prejudice [ECF No. 17], entered into by Plaintiff and Defendant,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED without prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: May 14, 2019                s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court